IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL W. WALKER**                                                     **APPELLANT**

v.                                   Case No. 4:17-cv-00485

**FREDERICK S. WETZEL, III,** *et al*.                          **APPELLEES**

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, it his hereby ordered that appellant Michael Walker's appeal from the United States Bankruptcy Court for the Eastern District of Arkansas is dismissed without prejudice.

So adjudged this 31st day of March, 2019.

_____
Kristine G. Baker
United States District Judge